```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                    :
HONEYWELL INTERNATIONAL, INC.
                                                    :
                    Plaintiff,                           09 Civ. 556 (WHP)
                                                    :
           -against-                                    ORDER
                                                    :
GLOBAL TECHNOLOGY
SYSTEMS, INC.,                                      :
                    Defendant.              :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action have been or will be settled,

the action is discontinued without costs to any party, and without prejudice to restoring it to this

Court's calendar if such application is made within thirty (30) days of the date of this Order. The

Clerk of Court is directed to terminate all motions pending as of this date and mark this case

closed.

Dated: July 31, 2009
      New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                            U.S.D.J.

-1-

*Counsel of Record:*

Neil L. Sanbursky, Esq.
Miranda Sambursky Slone Sklarin Verniotis, LLP
240 Mineola Blvd.
Mineola, NY 11501
*Counsel for Plaintiff*